601 A.2d 805

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Louis PORTER.**

Supreme Court of Pennsylvania.

Argued Jan. 21, 1992.

Decided Feb. 14, 1992.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., for appellant.

Daniel Paul Alva, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and CAPPY, JJ.

## ORDER

PER CURIAM:

The Court being equally divided, the Order of the Superior Court is affirmed.

PAPADAKOS, J., did not participate in the consideration or decision of this case.

NIX, C.J., and LARSEN and FLAHERTY, JJ., dissent.